# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CR-48 CAS |
| | ) | |
| JESSE AKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant Jesse Akins's pro se motion for an emergency bond hearing. The motion will be denied.

Defendant is currently under indictment and awaiting trial in United States v. Jesse Akins, No. 4:17-CR-310 RLW (E.D. Mo.). On August 1, 2017, the Honorable John M. Bodenhausen, United States Magistrate Judge, ordered defendant be detained pending trial. Doc. 20. Defendant recently filed a motion in that case for pretrial release, which was denied on November 19, 2018. Doc. 163. The Court will not revisit the issue of detention in this case.

Additionally, defendant is represented by counsel and, therefore, he should generally communicate with the Court through his counsel. "There is no constitutional or statutory right to simultaneously proceed pro se and with benefit of counsel." United States v. Agofsky, 20 F.3d 866, 872 (8th Cir.), cert. denied, 513 U.S. 909 (1994). "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001); Agofsky, 20 F.3d at 872 (holding that a court commits "no error" in refusing to rule on pro se motions raised by a represented party). Defendant will be ordered to refrain from communicating

directly with the Court, and shall only communicate with the Court through his counsel. Concerns defendant has regarding his case should be raised with counsel, not the Court.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Jesse Akins's pro se motion for an emergency bond hearing is **DENIED.** [Doc. 66]

**IT IS FURTHER ORDERED** that defendant Jesse Akins shall refrain from communicating directly with the Court, and he shall only communicate with the Court through counsel.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   20th   day of November, 2018.